# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 216 MAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1069 EDA |
| | : | 2022 entered on March 27, 2023, |
| GARFIELD HARRIS, | : | **affirming, vacating and** |
| | : | **remanding** the Judgment of |
| Respondent | : | Sentence of the Delaware County |
| | : | Court of Common Pleas at No. CP- |
| | : | 23-CR-0001469-2021 entered on |
| | | February 3, 2022 |

## ORDER

**PER CURIAM**                                          **DECIDED: September 24, 2024**

**AND NOW**, this 24th day of September, 2024, the Petition for Allowance of Appeal is **GRANTED**, the portion of the Superior Court's order vacating Respondent's judgment of sentence is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of this Court's decision in *Commonwealth v. Torsilieri*, 316 A.3d 77 (Pa. 2024).